IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRENDA GANN
O/B/O ERIC GANN

                                                                PLAINTIFF

VS.                                    CIVIL NO. 06-2040

MICHAEL J. ASTRUE[1], Commissioner
SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

## JUDGMENT

Now on this 21st day of March 2007, comes on for consideration the Report and

Recommendation dated February 27, 2007, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections

being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised,

finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly,

the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner;

and remands this case to the Commissioner for further consideration pursuant to sentence four of 42

U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to

Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment

becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v.*

*Schaefer.* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**MAR 2 1 2007**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule
25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo
Anne B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)